CO-386
10/2018

# United States District Court
# For the District of Columbia

PIERRE FATTOUCH, MOUSSA FATTOUCH et.al

Plaintiff

vs

REPUBLIC OF LEBANON

Defendant

Civil Action No._____

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __ULQACC S.A.L.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __ULQACC S.A.L.__ which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

**/s/ Jason Poblete**
Signature

Jason Ian Poblete
Print Name

510 King Street, Suite 340
Address

Alexandria, Virginia 22314
City            State            Zip Code

703.566.3037
Phone Number

D.C. Bar 500414
BAR IDENTIFICATION NO.