UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PIERRE FATTOUCH**<br>Saint Michel Street - Fattouch Blg<br>Lebanon - Zahleh<br><br>**MOUSSA FATTOUCH**<br>Saint Michel Street - Fattouch Blg<br>Lebanon - Zahleh<br><br>**UNITED LEBANESE QUARRIES AND CRUSHERS COMPANY S.A.L.**<br>Fattouch Building<br>Haouch El Omara - Bassatine Street<br>Lebanon - Zahleh<br><br>*v.*<br><br>**THE REPUBLIC OF LEBANON,**<br>Its Ministries, Agencies, and Instrumentalities<br>c/o Ministry of Justice<br>Sami Soloh Street – Adlieh Area, 5th Floor<br>Beirut Lebanon<br><br>**HER EXCELLENCY MARIE-CLAUD NAJIM**<br>**MINISTRY OF JUSTICE**<br>Minister of Justice<br>Sami Soloh Street – Adlieh Area, 5th Floor<br>Beirut Lebanon<br><br>         *Defendant State*. | Case No. _____ |

## NOTICE OF ERRATA

On September 15, 2020, undersigned counsel submitted a Complaint that inadvertently omitted the mailing addresses of the parties, and the name of the attorneys spelled out after the "/s/" on the signature line. Attached are the correct pages. Thank you,

Date: *September 16, 2020*

- 2 -

    **/s/ Jason Ian Poblete**
Jason Ian Poblete (D.C. Bar No. 500414)
Poblete Tamargo LLP
510 King Street, Suite 340
Alexandria, Virginia 22314
Phone: 703.566.3037
Fax:   703.566.3972
jpoblete@pobletetamargo.com


   **/s/ Mauricio J. Tamargo**
Mauricio J. Tamargo (D.C. Bar No. 469839)
Poblete Tamargo LLP
510 King Street, Suite 340
Alexandria, Virginia 22314
Phone: 703.566.3037
Fax:   703.566.3972
mtamargo@pobletetamargo.com


*Counsel for the Plaintiffs*