## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**PIERRE FATTOUCH**
**Saint Michel Street - Fattouch Blg**
**Lebanon - Zahleh**

**MOUSSA FATTOUCH**
**Saint Michel Street - Fattouch Blg**
**Lebanon - Zahleh**

**UNITED LEBANESE QUARRIES AND**
**CRUSHERS COMPANY S.A.L.**
**Fattouch Building**
**Haouch El Omara - Bassatine Street**
**Lebanon - Zahleh**

   *Plaintiffs*

    *v.*

**THE REPUBLIC OF LEBANON,**
**Its Ministries, Agencies, and Instrumentalities**
*c/o Ministry of Justice*
**Sami Soloh Street – Adlieh Area, 5th Floor**
**Beirut Lebanon**

**HER EXCELLENCY MARIE-CLAUD NAJIM**
**MINISTRY OF JUSTICE**
**Minister of Justice**
**Sami Soloh Street – Adlieh Area, 5th Floor**
**Beirut Lebanon**

   *Defendant State.*

Case No. _____

## COMPLAINT

  MESSRS. PIERRE and MOUSSA FATTOUCH, and UNITED LEBANESE QUARRIES AND CRUSHERS COMPANY S.A.L. (ULQACC S.A.L.), (Plaintiffs), represented by the law firm Poblete Tamargo LLP, file this COMPLAINT against the Republic of Lebanon (the Defendant State), and upon personal knowledge as to its own acts and information and belief, acts: