until payment in full in U.S. Dollars.

c. Ordering that the Defendant State pay the claims in U.S. Dollars to the Plaintiffs' bank account in the United States.

d. Issuing of a Writ of Execution against any of the Defendant's assets and ordering the seizure of Lebanese state's assets.

e. Awarding Plaintiffs' fees and costs in pursuing this action, and such other and further relief this Court deems just and proper equal to $20,000,000 (U.S. Dollars) with such other and further relief this Court deems just, proper, and equitable.

Date: *September 15, 2020*

      /s/ Jason Ian Poblete
Jason Ian Poblete (D.C. Bar No. 500414)
Poblete Tamargo LLP
510 King Street, Suite 340
Alexandria, Virginia 22314
Phone: 703.566.3037
Fax:   703.566.3972
jpoblete@pobletetamargo.com


   /s/  Mauricio J. Tamargo
Mauricio J. Tamargo (D.C. Bar No. 469839)
Poblete Tamargo LLP
510 King Street, Suite 340
Alexandria, Virginia 22314
Phone: 703.566.3037
Fax:   703.566.3972
mtamargo@pobletetamargo.com


*Counsel for the Plaintiffs*