## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PIERRE FATTOUCH** | |
| **MOUSSA FATTOUCH** | |
| **UNITED LEBANESE QUARRIES AND CRUSHERS COMPANY S.A.L.** | **Case No. 1:20-cv-02599-EGS** |
| *Plaintiffs* | |
| *v.* | |
| **THE REPUBLIC OF LEBANON,** **Its Ministries, Agencies, and Instrumentalities** **c/o Ministry of Justice** | |
| **HER EXCELLENCY MARIE-CLAUD NAJIM** **Minister of Justice** | |
| *Defendant State.* | |

### MOTION TO EXTEND TIME TO SERVE THE DEFENDANTS

COMES NOW, plaintiff, Mr. Pierre Fattouch, Mr. Moussa Fattouch, and United Lebanese Quarries and Crushers Company S.A.L., and, due to changed circumstances explained herein, respectfully moves this Honorable Court for an additional sixty (60) days within which to serve the defendants, and submits the following in support thereof:

1.      Plaintiffs filed this complaint against the Defendants on August 15, 2020

2.      Following the filing of the Complaint, the Plaintiffs prepared certified translations of the Waiver of Service, Summons, and Complaint for each Defendant.

3.      Lebanon is not a signatory to the *Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents*; however, the Plaintiffs led by Mr. Pierre Fattouch, were making special arrangements in Lebanon to deliver the copies of the translated summons

and complaint in accordance with 28 U.S.C. 1608 (a)(1).

4.     On or about, October 8, 2020, Mr. Pierre Fattouch was admitted to the hospital with what turned out to be a very serious medical condition.

5.     The unexpected and prolonged hospitalization of Mr. Pierre Fattouch — the patriarch of the family, head of the business, and the primary driving force in this matter — has been making it difficult to proceed with service.

6.     Regrettably, on November 8, 2020, Mr. Pierre Fattouche succumbed to the illness and passed away.

7.     Extending the time to serve would not prejudice the Defendant; however, were the Plaintiffs to proceed with service at this juncture it would prejudice the Plaintiffs.

**WHEREFORE,** for the reasons set forth above, the Plaintiff respectfully requests that the Court grant this request for an additional sixty (60) days within which to serve the defendants pursuant to 28 U.S.C. 1608 (a)(1).

Date: *November 9, 2020*

Jason Ian Poblete (D.C. Bar No. 500414)
Poblete Tamargo LLP
510 King Street, Suite 340
Alexandria, Virginia 22314
Phone: 703.566.3037
Fax:   703.566.3972
jpoblete@pobletetamargo.com

Mauricio J. Tamargo (D.C. Bar No. 469839)
Poblete Tamargo LLP
510 King Street, Suite 340
Alexandria, Virginia 22314
Phone: 703.566.3037
Fax:   703.566.3972
mtamargo@pobletetamargo.com

*Counsel for the Plaintiffs*