UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**PIERRE FATTOUCH**

**MOUSSA FATTOUCH**

**UNITED LEBANESE QUARRIES AND CRUSHERS COMPANY S.A.L.**

*Plaintiffs*

*v.*

**THE REPUBLIC OF LEBANON,**
Its Ministries, Agencies, and Instrumentalities
c/o Ministry of Justice

**HER EXCELLENCY MARIE-CLAUD NAJIM**
Minister of Justice

*Defendant State.*

Case No. 1:20-cv-02599-EGS

## ORDER

**AND NOW**, this _____ Day, of November, 2020, upon due consideration of plaintiff's Motion to Extend Time Within Which to Serve Defendants Pursuant to 28 U.S.C. §1608(a)(1), plaintiff's motion is **GRANTED**.

BY THE COURT

_____
HON. EMMET G. SULLIVAN