IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------------------------------------------------- x
PIERRE FATTOUCH,                                                    :
MOUSSA FATTOUCH,                                                    :
UNITED LEBANESE QUARRIES AND CRUSHERS                               :
COMPANY S.A.L.                                                      :
                                                                    :
       Plaintiffs,                                                  :
                                                                    :
v.                                                                  :   Case No.: 1:20-CV-02599-EGS
THE REPUBLIC OF LEBANON,                                            :
Its Ministries, Agencies, and Instrumentalities                     :
c/o Ministry of Justice                                             :
                                                                    :
HER EXCELLENCY MARIE-CLAUD NAJIM,                                   :
Minister of Justice                                                 :
                                                                    :
       Defendant State.                                             :
------------------------------------------------------------------- x
```

## [PROPOSED] ORDER

Upon Consideration of the Republic of Lebanon (the "Republic") and Her Excellency Marie-Claude Najm, Minister of Justice (the "Minister")'s Memorandum of Law in Support of Their Motions to Dismiss the Amended Complaint filed by the *Fattouch* plaintiffs dated March 15, 2021; all responses and replies thereto; and all of the prior pleadings and proceedings in this matter, it is hereby

**ORDERED** that the Republic and the Minister's Motions to Dismiss the above-captioned action and to deny all of plaintiffs' requested relief is **GRANTED.**

DATE:                                    _____
                                         EMMET G. SULLIVAN
                                         United States District Judge

## List of Persons to be Notified

**Plaintiffs**

| | |
|---|---|
| Pierre Fattouch<br>Moussa Fattouch<br>United Lebanese Quarries and Crushers Company S.A.L. | Jason Ian Poblete<br>POBLETE TAMARGO LLP<br>510 King Street, Suite 350<br>Alexandria, VA 22314<br>(703) 556-3037<br><br>Jeremy Ibrahim<br>P.O. Box. 1025<br>Chadds Ford, PA 19317<br>(215) 568-1943 |

**Defendant**

| | |
|---|---|
| Republic of Lebanon<br>Her Excellency Marie-Claude Najm | Carmine D. Boccuzzi, Jr.<br>Rathna J. Ramamurthi<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>(212) 225-2508 |