

**JOELLE J. TANNOUS**
*Sworn Translator*
*Traductrice Assermentée*

مكتب جويل طنوس للترجمة
مترجم محلف
ترجمة قانونية- تصديق معاملات

Jounieh, Serail Street, Boustany Center, Ground Floor
Tel: 70.69 59 15 – 09.93 88 31 · email: joelle.t@live.com

---

محكمة الولايات المتحدة المحلية

في مقاطعة كولومبيا

| | |
|---|---|
| رقم الدعوى المدنية: 20-cv-02599-EGS | **الجهة المدعية:** بيار فتوش<br>موسى فتوش وآخرون<br>الشركة اللبنانية المتحدة للمقالع والكسارات ش.م.ل.<br><br>**الدولة المدعى عليها:** الجمهورية اللبنانية<br>ووزاراتها ووكالاتها وأجهزتها<br>نسخة الى وزارة العدل<br>معالي الوزيرة ماري كلود نجم<br>وزيرة العدل |

### شهادة كتابية مشفوعة باليمين

أنا، موسى فتوش بالنيابة عن الشركة اللبنانية المتحدة للمقالع والكسارات ش.م.ل ("الشركة"). والسيدان بيار وموسى فتوش (الجهة المدعية).

نتيجة الإجراءات المتخذة ضد الشركة والسيدان بيار وموسى فتوش من قبل الجمهورية اللبنانية ووزارة الداخلية ووزارة العدل ومجلس الوزراء ، رفعت الشركة والسيدان بيار وموسى فتوش دعوى ضد الجمهورية اللبنانية.

وصدر حكمان نهائيان في العام 2005. وتم تأكيد هذين الـ:كمين النهائيين بحكمين اصافيين في العام 2017 بسبب عدم تنفيذ الجمهورية اللبنانية للأحكام.

ونيابة عن الشركة والسيدان بيار وموسى فتوش، تم إجراء تحقيقات واجتماعات مع العديد من أعضاء الحكومة في الجمهورية اللبنانية.

وأصر العديد من المسؤولين الحكوميين والقضائيين على أن تدفع الجمهورية اللبنانية الأحكام النهائية. وشجع المسؤولون الحكوميون الشركة والسيدان بيار وموسى فتوش على طلب الانتصاف في محاكم الولايات المتحدة. لقد تلقينا تأكيدات بأن جهود التحصيل في الولايات المتحدة لن يتم الاعتراض عليها بموجب الحصانة السيادية.

واصلنا المحاولات في لبنان لحثّ الجمهورية اللبنانية على تنفيذ الأحكام النهائية المستحقة للشركة والسيدان بيار وموسى فتوش.

وبعد انفجار مرفأ بيروت 4 آب 2020 ، استقال رئيس الحكومة. وبقيت وزيرة العدل ماري كلود نجم في تصريف الأعمال. وبقت الجهود المبذولة لمواصلة النقاش حول تنفيذ الأحكام النهائية غير مجدية.

1

ونتيجة التأكيدات والضمانات بعدم التذرّع بالحصانة السيادية، عيّنت الشركة والمالكون مكتب محاماة أمريكي لرفع دعوى في محاكم الولايات المتحدة.

انّ المعلومات الواردة أعلاه صحيحة على حد علمي ومعلوماتي واعتقادي.

التاريخ: ٢٠٢١/٤/٨

---

ترجمة مطابقة للنص الإنكليزي المرفق ربطًا، في 2021/4/7
المترجم المحلف جويل طنوس



2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PIERRE FATTOUCH
MOUSSA FATTOUCH
UNITED LEBANESE QUARRIES AND
CRUSHERS COMPANY S.A.L.
              Plaintiffs

v.                               : Case No.: 20 - cv - 02599 - EGS

THE REPUBLIC OF LEBANON,
Its Ministries, Agencies, and Instrumentalities
c/o Ministry of Justice
HER EXCELLENCY
MARIE- CLAUD NAJIM
Minister of Justice
              Defendant State.

## AFFIDAVIT

I, Moussa Fattouch, on behaf of the UNITED LEBANESE QUARRIES AND CRUSHERS COMPANY S.A.L. ("Company) and MESSRS Pierre and Moussa Fattouch (the plaintiffs).

As a result of actions taken against the Company by the Republic of Lebanon, the Ministry of the Interior, the Ministry of Justice, and Council of Ministers, the Company and MESSRS Pierre and Moussa Fattouch sued the Republic of Lebanon.

Two finals judgments were secured in 2005. These final judgments was reaffirmed with two additional judgments in 2017 because of the failure of the Republic of Lebanon to satisfy the judgments.

On behalf of the Company and MESSRS Pierre and Moussa Fattouch., inquiries and meeting were held with many members of the government of the Republic of Lebanon.

1

Many government officials and the judiciary were insistent that the Republic of Lebanon pay the final judgment. The government officials encouraged the Company and MESSRS Pierre and Moussa Fattouch to seek relief in the United States Courts. We were assured that collection efforts in the United States would not be objected to under sovereign immunity.

We continued attempts in Lebanon to get the Republic of Lebanon to satisfy the final judgments owed to the Company and MESSRS Pierre and Moussa Fattouch.

Following the August 4, 2020 explosion in Beirut, the prime minister's government resigned. Minister of Justice Marie-Claud Najim remained as a caretaker. Efforts to continue discussion on satisfaction of the final judgments became futile.

As a result of the assurances and guarantees that sovereign immunity would not be invoked, the Company and MESSRS Pierre and Moussa Fattouch hired a United States law firm to file a case in the United States Courts.

The above is true to the best of my knowledge, information, and belief.

DATE: 8-4-2021