

### Embassy of Lebanon
### Washington, D.C.

| | |
|---|---|
| **Mr. Jason POBLETE,** | المحامي الأستاذ جايسون بوبليت، |

| | |
|---|---|
| Upon the request of the Ministry of Foreign Affairs, we are forwarding legal documents addressed to you related to a Lawsuit case before a Lebanese Court. | بناء لطلب وزارة الخارجية اللبنانية، نودعكم ربطا مستندات قضائية موجهة إليكم ومتعلقة بدعوى أمام احدى المحاكم اللبنانية . |
| Kindly sign and date one copy of the notification paper and return it to the Embassy of Lebanon, in Washington, DC. | نرجو منكم التوقيع على نسخة من سند التبليغ مع ذكر التاريخ والإعادة إلى السفارة اللبنانية في واشنطن. |

June 22, 2020
File no.: 12/3
Ref. No.: 858/12

S.A.

/SZ



وزارة الخارجية والمغتربين
٢٠ MAY 2020

وزارة الخارجية والمغتربين
مديرية الشؤون السياسية والقنصلية
دائرة الأجانب

رقم التحويل: ٢٠٥٤٦/

يحال

لجانب السفارة

اللبنانية في واشنطن

بالإشارة الى كتابكم رقم

تاريخ

للتفضل بإجراء المقتضى

الجمهورية للبنان في ٢٢ أيار ٢٠٢٠
يمثل وزير الخارجية و المغتربين

رئيس دائرة الأجانب

فرح الخطيب

**الجمهورية اللبنانية**
**وزارة العــدل**

الـوزيـرة

جانب وزارة الخارجية والمغتربين

**الرقــــم:** ٣/١٢٥٠

**الموضوع:** إحالة كتاب إلى المحامي الأستاذ جايسون بوبليت

**المرجـــع:** الكتابين الموجّهين من مكتب محاماة بوبليت/ تاماركو تاريخ ٢٠٢٠/١/٢٣ و ٢٠٢٠/٣/١٧

بالإشارة إلى الموضوع والمرجع المنوّه عنهما أعلاه،

نرفق ربطاً رسالة موجّهة من رئيسة هيئة القضايا في وزارة العدل إلى المحامي الأميركي

جايسون بوبليت في قضية السيد فتوش،

للتفضل بإرسالها وفقاً للأصول مع إشعار بالإستلام وبالسرعة الممكنة.

وزيرة العدل
ماري - كلود نجم

بيروت في ٢٠٢٠/٥/٢٢

**EMBASSY OF LEBANON**
**WASHINGTON, D.C.**

JUN 17 2020

No _____ 858

File: _____ 6/13



*Lebanese Republic*
*Ministry of Justice*
*State's Legal Department*
*The President*

<u>N°</u>: 35/M/2020

<u>Subject</u>: **Response to Poblete / Tamargo's letters dated 23 January 2020 and 17 March 2020 addressed to the Minister of Finance and the President of the Council of Ministers respectively**

Dear Mr. Jason Poblete,

Upon review of the letters you have addressed to the President of the Council of Ministers Dr. Hassan Diab and the Minister of Finance Dr. Ghazi Wazni, we note the following:

<u>First</u>: From the outset, we request you to clarify the capacity under which you have addressed the aforementioned letters as you mention that you are writing on behalf of your clients Mr. Pierre Fattouch, his "family" and "their companies" without determining the identities of the concerned family members and companies.

<u>Second</u>: We reject the tone of your letters which we consider as inappropriate and improper when addressing a Prime Minister and a Minister of Finance of a sovereign State. In fact, we wonder under which capacity you are speaking on behalf of the American administration when you threaten to sanction Lebanese government officials. In this respect, we reject all your allegations and reserve our right to take the relevant legal measures against you.

<u>Third:</u> We are surprised that you have addressed your notice on the basis of the sole assertions of your clients without verifying their accuracy and without being aware of all aspects of the case. Indeed, your clients had requested the State Council to order the State to compensate for lost profits, which entailed the issuance of the judgments the enforcement of which you are requesting, whereas it appeared that, for years, your clients had been declaring large amounts of losses they had allegedly suffered with respect to their companies and activities… This has led to the opening of an investigation by the Central Inspection Authority which issued decision no.

298/2007 concluding that your clients have committed tax evasion, owing therefore the Lebanese State amounts of money far higher than the amounts of compensation that were ordered by the State Council. This has prompted the Lebanese State to submit a request for retrial before the State Council.

Consequently, Messrs. Fattouch have requested a settlement, following which a settlement agreement was signed by the President of the Council of Ministers and their legal representative at the time. Pursuant to Clause 9 of the settlement agreement: "*The Parties shall endeavor to reach a settlement with respect to the amounts of compensation that were ordered to the benefit of the Fattouch and the Lebanese Joint Company by virtue of the State Council's decisions no.11/2005-2006 and 15/2005-2006*". This entails that your clients have waived their rights to claim the amounts that were ordered by the State Council.

**Fourth**: It is quite astonishing that an attorney characterizes the fact that the State resorted to a fiscal audit with respect to his clients as a threat that undermines their rights, and questions the State about this matter, whereas tax evasion is punished by imprisonment and penalty in Lebanon and constitutes a criminal offense both in Lebanon and in the United States. Noting that resorting to legal means of prosecution in order to ensure one's rights does not constitute a threat nor a coercion, according to the basic and fundamental principles of law.

**Fifth**: The only reason why the case at hand has not been closed yet is your clients' failure to submit a transparent settlement proposal in order to determine what he owes and is owed in light of: (i) the figures appearing in the investigation undertaken by the Central Inspection in its decision no. 298/2007 or (ii) at least, after having re-assessed the real prejudice. Indeed, the State does not fail to discharge its obligations nor to execute the judiciary decisions but seeks to implement such decisions correctly, far from circumvention of law and illicit enrichment. This compels your clients to initiate negotiation talks with the Lebanese State in view of settling the dispute pursuant to Clause 9 of the executed settlement agreement, in accordance with principles of transparency and good faith.

**Sixth**: In our capacity as the competent authority to approve any agreement concluded between your clients and the Lebanese State according to Article 20 of the Law on the Organization of the Ministry of Justice, we are willing to pursue this case correctly whenever you are ready.

Beirut, on 19 May 2020

Head of State's Legal Department
Judge Helen Iskandar

رئيس هيئة القضايا

القاضي هيلانة إسكندر



الجمهورية اللبنانية

وزارة العدل

هيئة القضايا

الرئيس

**حضرة الأستاذ جايسون بوبليت**

**الرقـــــم:** ٢٠٢٠/م/٣٥

**الموضوع:** الرد على الكتابين تاريخ ٢٠٢٠/١/٢٣ وتاريخ ٢٠٢٠/٣/١٧ الموجهين من قبلكم إلى معالي وزير المالية ودولة رئيس مجلس الوزراء.

بعد إطلاعنا على الكتابين الموجّهين منكم إلى دولة رئيس مجلس الوزراء الدكتور حسان دياب وإلى وزير المالية الدكتور غازي وزني ،

نبدي ما يلي:

**أولا:** بادئ ذي بدء يتعين توضيح صفتكم في الكتابين المشار إليهما في الموضوع أعلاه إذ تشيرون فيهما إلى وكالتكم عن السيد بيار فتوش و"عائلته" و "شركاتهم" دون تحديد هويات أفراد العائلة المعنيين والشركات المقصودة.

**ثانيا:** إننا لا نقبل أسلوب التخاطب غير المهني والذي يخرج عن حدود اللياقة والأدب في مخاطبة رئيس حكومة ووزير مالية في دولة ذات سيادة. كما نتساءل فيما إذا كنتم تمثلون أو تتحدثون بإسم الإدارة الأميركية عندما تتوعدون بعقوبات شتى، ونرفض

