

# JOELLE J. TANNOUS
### *Sworn Translator*
### *Traductrice Assermentée*

<div dir="rtl">

مكتب جويل طنوس للترجمة

مترجم محلف

ترجمة قانونية ـ تصديق معاملات

</div>

**Jounieh, Serail Street , Boustany Center, Ground Floor**
**Tel: 70.69 59 15 – 09.93 88 31 - email: joelle.t@live.com**

---

**Lebanese Republic**
**Council of Ministers**
**General Secretariat**

Minutes No.: 10
Decision No.: 2
Year: 2020

## From the Meeting Minutes of the Council of Ministers
### Held in the presidential palace on Thursday 12/03/2020

**Subject**:     Presentation of the Ministry of Justice of the subject of appointment of a law firm to defend the State's rights in the case of the FATTOUCHES.

**Documents**:   - Decree No. 14801 dated 20/6/2005 (determination of the number of lawyers for the State and the principles and conditions of their appointment and the type of their employment)- namely its first article 1.

- Decision of the Council of Ministers No. 22 dated 22/8/2019 (Assignment of the Ministry of Finance and the Banque du Liban to engage with a registered law firm in the United State of America to follow up the case of the FATTOUCHES, provided that this law firm seek, when necessary, the assistance of the minister of justice, the Minister of State for the Affairs of the Presidency of the Republic and the Minister of Labor, and return back to the Council of Ministers with a suggestion by H.E. the Prime Minister and to request the minister of finance to prepare the required fiscal costs against the United Lebanese for Excavators and Crushers S.A.L. and Messrs. Pierre and Moussa FATTOUCH)

- Letter of the Committee of Cases No. 35/m/2020 on the referral of the Ministry of Justice No. 788/3 dated 2/3/2020 and its attachments.

### Decision of the Council

The Council of Ministers reviewed the aforementioned documents,

It appeared that the Council of Ministers, in its decision No. 22 dated 22/8/2019, has previously assigned the Ministry of Finance and the Banque du Liban to engage with a registered law firm in the United States of America to follow up the case of the FATTOUCHES, provided that this office, seek, when necessary, the assistance of the Minister of Justice, the Minister of State for the affairs of the presidency of the Republic and the Minister of Labor then return back to the Council of Ministers with a suggestion by H.E. the Prime Minister and to request the Ministry of Finance to prepare the required fiscal costs against the United Lebanese for crushers and excavators S.A.L. and Messrs. Pierre and Moussa FATTOUCH.



The Committee of Cases within the Ministry of Justice prepared an answer to the letter of the U.S. law firm, attorney of the FATTOUCHES, and requested to send it as a preliminary answer to the request for settlement.

Whereas until present, the name of the law firm suggested to defend the State's rights in the case wasn't determined,

Whereas Lawyer Ali MAWLA from the civil society "Hayat lawyers", representing the U.S. law firm Steptoe, expressed his desire to represent Lebanon in the mentioned lawsuit,

Whereas the appointment of lawyers to assist the Committee of Cases in defending the interests of the State is subject to the conditions and procedures determined in article 1 of decree No. 14801 dated 20/6/2005 (determination of the number of the lawyers for the State and the principles and conditions of their appointment and the type of their employment),

Whereas the Committee of Cases suggested to deal with a Lebanese law firm that handles international issues through its associates, which would save considerable costs, especially that the facts of the file are clear, and it suggested to send its answer to the request for settlement to the attorneys of Messrs. FATTOUCHES, and provide it with the fiscal costs against the United Lebanese for crushers and excavators S.A.L. and Messrs. Pierre and Moussa FATTOUCH, according to clause 2 of the decision of the Council of Ministers No. 22 dated 22/8/2019,

Therefore, the Ministry of Justice submits the subject to the Council of Ministers in order to take the appropriate decision in this regard.

Accordingly,

After deliberation,

The Council of Ministers decided to amend the first clause of its decision No. 22 dated 22/8/2019 which became as follows:

"The assignment of the Ministry of Justice to do what is necessary to ensure the rights of defense of the State in the case of the FATTOUCHES."

**Judge Mahmoud MAKKIEH**
**General Secretary of the Council of Ministers**
**(signature)**

**Notified to**:

- Their Excellencies the Ministers
- Ministry of Justice
- Committee of Cases
- Ministry of Finance
- Banque du Liban
- General Directorate of the Presidency of the Republic
-  General Directorate of the Presidency of the Council of Ministers
- National institutions of Archives
- Center of information
- The Archives

Beirut, on 12/3/2020

---

True translation of the Arabic text herewith attached delivered on 03.04.2020
**The Sworn Translator Joelle Tannous**



<div dir="rtl">

الجمهورية اللبنانية

مجلس الوزراء

الأمانة العامة

رقم المحضر : ١٠

رقـم القــرار : ٢

ســـــــنـــة : ٢٠٢٠

مـن محضر جلسة مجلس الـوزراء

المنعقدة في : القصر الجمهوري        يوم : الخميس        الواقع في : ٢٠٢٠/٣/١٢

الموضـــوع :  عرض وزارة العدل موضوع تعيين مكتب محاماة للدفاع عن حقوق
الدولة في قضية آل فتوش.

المستندات : ـ المرسوم رقم ١٤٨٠١ تاريخ ٢٠٠٥/٦/٢٠ (تحديد عدد محامي الدولة
وأصـول وشروط تعيينهم ونظام عملهم)ـ لا سيما المادة ١ منه.
ـ قرار مجلس الوزراء رقم ٢٢ تاريخ ٢٠١٩/٨/٢٢ (تكليف وزارة المالية
ومصرف لبنان الإستعانة بمكتب محاماة مسجّل في الولايات المتحدة
الأميركية لمتابعة قضية آل فتوش على أن يستعين هذا المكتب عند
الإقتضاء بوزير العدل ووزير الدولة لشؤون رئاسة الجمهورية ووزير
العمل ومن ثمّ العودة الى مجلس الوزراء بإقتراح من قبل دولة رئيس
مجلس الوزراء والطلب الى وزارة المالية إعداد التكاليف الضريبية
اللازمة بـحقّ الشركة اللبنانية المتحدة للمقالع والكسارات ش.م.ل.
والسيّدين بيار وموسى فتوش).
ـ كتاب هيئة القضايا رقم ٣٥/م/٢٠٢٠ موضوع إحالة وزارة العدل رقم
٣/٧٨٨ تاريخ ٢٠٢٠/٣/٢ ومرفقاته.

قرار المجلس

اطلع مجلس الوزراء على المستندات المذكورة أعلاه،

وقد تبين منها أنه سبق لمجلس الوزراء، بقراره رقم ٢٢ بتاريخ ٢٠١٩/٨/٢٢، أن كلف وزارة
المالية ومصرف لبنان الإستعانة بمكتب محاماة مسجّل في الولايات المتحدة الأميركية لمتابعة قضية
آل فتوش، على أن يستعين هذا المكتب عند الإقتضاء بوزير العدل ووزير الدولة لشؤون رئاسة
الجمهورية ووزير العمل ومن ثمّ العودة الى مجلس الوزراء بإقتراح مـن قبل دولة رئيس مجلس
الوزراء، والطلب الى وزارة المالية

</div>

الجمهورية اللبنانية
مجلس الوزراء
الامانة العامة

رقم المحضر: ١٠

رقــم القــرار: ٢

تاريخ القرار: ٢٠٢٠/٣/١٢

إعداد التكاليف الضريبية اللازمة بحق الشركة اللبنانية المتحدّة للمقالع والكسارات ش.م.ل. والسيّدين بيار وموسى فتوش.

وان هيئة القضايا في وزارة العدل أعدّت جواباً على كتاب مكتب المحاماة الأميركي، وكيل آل فتوش، وطلبت ارساله كجواب أول على طلب اجراء التسوية.

ولما كان لغاية تاريخه لم يحدّد اسم المكتب المقترح للدفاع عن حقوق الدولة في القضية،

ولما كان المحامي علي المولى من الشركة المدنية "حياة محامون"، التي تمثّل مكتب المحاماة الأميركي Steptoe ، قد أبدى رغبته بتمثيل لبنان في الدعوى المذكورة،

ولما كان تعيين محامين لمؤازرة هيئة القضايا في الدفاع عن مصالح الدولة يخضع لشروط وإجراءات حددتها المادة ١ من المرسوم رقم ١٤٨٠١ تاريخ ٢٠٠٥/٦/٢٠ (تحديد عدد محامي الدولة وأصول وشروط تعيينهم ونظام عملهم)،

ولما كانت هيئة القضايا تقترح التعامل مع مكتب محاماة لبناني يتولى قضايا دولية من خلال شركاه، ممّا قد يوفّر على الخزينة تكاليف باهظة، خاصةً وأن الملف معطياته واضحة، كما تقترح ارسال جوابها على طلب إجراء التسوية الى وكلاء السيّدين فتوش، وتزويدها بالتكاليف الضريبية بحقّ الشركة اللبنانية المتحدّة للمقالع والكسارات ش.م.ل. والسيّدين بيار وموسى فتوش وفقاً للبند ٢ من قرار مجلس الوزراء رقم ٢٢ تاريخ ٢٠١٩/٨/٢٢،

لذلك، فإن وزارة العدل تعرض الموضوع على مجلس الوزراء لاتخاذ القرار المناسب بشأنه.

٤

٢

آ.ز

| | |
|---|---|
| رقم المحضر: ١٠ | |
| رقـــم القرار: ٢ | |
| تاريخ القرار: ٢٠٢٠/٣/١٢ | |

الجمهورية اللبنانية

مجلس الوزراء

الامانة العامة

بنـــاء عليـــــه،

وبعـــــد المداولـــــة،

قرر مجلس الوزراء تعديل البند الاول من قراره رقم ٢٢ تاريخ ٢٠١٩/٨/٢٢ لتصبح وفقاً لما يلي:

"تكليف وزارة العدل القيام بما يلزم لتأمين حقوق الدفاع عن الدولة في قضية آل فتوش".

القاضي محمود مكيّه

أمين عـام مجلس الـوزراء

يبلغ لجانب :

– السادة الوزراء

– وزارة العدل

– هيئة القضايا

– وزارة المالية

– مصرف لبنان

– المديرية العامة لرئاسة الجمهورية

– المديرية العامة لرئاسة مجلس الوزراء

– مؤسسة المحفوظات الوطنية

– مركز المعلوماتية

– المحفوظات

بيروت، في ٢٠٢٠/٣/١٢