CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

PIERRE FATTOUCH
MOUSSA FATTOUCH
UNITED LEBANESE QUARRIES AND
CRUSHERS COMPANY S.A.L.

Plaintiff(s)

vs.

THE REPUBLIC OF LEBANON
Its Ministries, Agencies, and Instrumentalities
c/o Ministry of Justice

Defendant(s)

Civil Action No.: 1:20-CV-02599-EGS

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

THE REPUBLIC OF LEBANON and HER EXCELLENCY MARIE-CLAUD NAJIM, Minister of Justice
c/o
Mrs. Helene Iskandar, President
State's Legal Department
Lebanese Republic, Beirut City
Adlieh Area- Ministry of Justice- 2nd floor

by: (check one)
- ☐ certified or registered mail, return receipt requested
- ☑ DHL
- ☐ Fed Ex

pursuant to the provisions of: (check one)
- ☐ FRCP 4(f)(2)(C)(ii)
- ☑ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☐ 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): Republic of Lebanon as advised by legal counsel in Lebanon as directed by OCS, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

/s/ Jeremy Ibrahim, Esquire
(Signature)

Jeremy H.G. Ibrahim, Of Counsel
PobleteTamargo LLP
Attorneys & Counselors at Law
Courthouse Square
510 King Street, Suite 340
Alexandria, Virginia 22314
(Name and Address)