

26 October 2021

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 5470483723.

Thank you for choosing DHL Express.

www.dhl.com

**Your shipment 5470483723 was delivered on 25 October 2021 at 09.52**

| | | | |
|---|---|---|---|
| **Signed** | NORMA | **Destination Service Area** | BEIRUT LEBANON |
| **Signature** | *[signature]* | **Shipment Status** | Delivered |
| | | **Piece ID(s)** | JD014600009089836534 |

## Additional Shipment Details

| | | | |
|---|---|---|---|
| **Service** | EXPRESS WORLDWIDE doc | **Origin Service Area** | WASHINGTON - RONALD REAGAN NATIONAL UNITED STATES OF AMERICA |
| **Picked Up** | 18 October 2021 at 13.21 | | |
| | | **Shipper Reference** | 5470483723US20211012132621037 Clerk ofCourt toRepublic Leb |



 **Delivered**
October, 25 2021 09:52 Local time | Service Area: BEIRUT - LEBANON

This shipment is handled by: **DHL Express**
Tracking Code: 5470483723

**Service Area: WASHINGTON - RONALD REAGAN NATIONAL, DC - USA** ➡ **Service Area: BEIRUT - LEBANON**

## More Shipment Details

| Delivery Date / Time | October, 25 2021, 09:52 Local time |
| --- | --- |
| To protect your privacy, more delivery details are available after validation | **Electronic Proof of Delivery** |
| 1 Piece ID | JD014600009089836534 |

**Close**

## All Shipment Updates

 **Monday**
**October, 25 2021**

**09:52 Local time** | **Delivered**
Service Area: BEIRUT - LEBANON
1 Piece ID ⌄

 **Monday**
**October, 25 2021**

**08:20 Local time** | **Shipment is out with courier for delivery**
BEIRUT - LEBANON
1 Piece ID ⌄

 **Saturday**
**October, 23 2021**

08:50 Local time | Shipment is scheduled for delivery
BEIRUT - LEBANON
1 Piece ID

**Friday**
# October, 22 2021

21:07 Local time | Arrived at DHL Delivery Facility BEIRUT - LEBANON
BEIRUT - LEBANON
1 Piece ID

19:38 Local time | Arrived at DHL Sort Facility BEIRUT - LEBANON
BEIRUT - LEBANON
1 Piece ID

15:43 Local time | Shipment has departed from a DHL facility BAHRAIN - BAHRAIN
BAHRAIN - BAHRAIN
1 Piece ID

04:05 Local time | Processed at BAHRAIN - BAHRAIN
BAHRAIN - BAHRAIN
1 Piece ID

01:41 Local time | Arrived at DHL Sort Facility BAHRAIN - BAHRAIN
BAHRAIN - BAHRAIN
1 Piece ID

**Thursday**
# October, 21 2021

05:30 Local time | Shipment has departed from a DHL facility CINCINNATI HUB - USA
CINCINNATI HUB, OH - USA
1 Piece ID

00:10 Local time | Processed at CINCINNATI HUB - USA
CINCINNATI HUB, OH - USA
1 Piece ID

**Wednesday**
# October, 20 2021

23:08 Local time | Arrived at DHL Sort Facility CINCINNATI HUB - USA
CINCINNATI HUB, OH - USA
1 Piece ID

11:12 Local time | Shipment has departed from a DHL facility NEW YORK CITY GATEWAY - USA
NEW YORK CITY GATEWAY, NY - USA
1 Piece ID

09:41 Local time | Processed at NEW YORK CITY GATEWAY - USA
NEW YORK CITY GATEWAY, NY - USA
1 Piece ID

**Tuesday**

### October, 19 2021

**23:30 Local time | Shipment is on hold**
NEW YORK CITY GATEWAY, NY – USA
1 Piece ID

**09:00 Local time | Shipment is on hold**
CINCINNATI HUB, OH – USA
1 Piece ID

**04:05 Local time | Processed at NEW YORK CITY GATEWAY - USA**
NEW YORK CITY GATEWAY, NY – USA
1 Piece ID

**00:41 Local time | Arrived at DHL Sort Facility CINCINNATI HUB - USA**
CINCINNATI HUB, OH – USA
1 Piece ID

### Monday
### October, 18 2021

**23:23 Local time | Processed at BALTIMORE AIRPORT - USA**
BALTIMORE AIRPORT, MD – USA
1 Piece ID

**22:15 Local time | Shipment has departed from a DHL facility WASHINGTON - RONALD REAGAN NATIONAL**
WASHINGTON – RONALD REAGAN NATIONAL, DC – USA
1 Piece ID

**20:21 Local time | Processed at WASHINGTON - RONALD REAGAN NATIONAL - USA**
WASHINGTON – RONALD REAGAN NATIONAL, DC – USA
1 Piece ID

**13:21 Local time | Shipment picked up**
WASHINGTON – RONALD REAGAN NATIONAL, DC – USA
1 Piece ID

[ Close ]