

26 October 2021

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 7575760065.

Thank you for choosing DHL Express.

www.dhl.com

**Your shipment 7575760065 was delivered on 25 October 2021 at 09.52**

| | | | |
|---|---|---|---|
| **Signed** | NORMA | **Destination Service Area** | BEIRUT LEBANON |
| **Signature** | | **Shipment Status** | Delivered |
| | | **Piece ID(s)** | JD014600009098988207 |

## Additional Shipment Details

| | | | |
|---|---|---|---|
| **Service** | EXPRESS WORLDWIDE doc | **Origin Service Area** | WASHINGTON - RONALD REAGAN NATIONAL UNITED STATES OF AMERICA |
| **Picked Up** | 18 October 2021 at 13.21 | **Shipper Reference** | 7575760065US20211012132026956 Clerk of the Court to Republic |



 # Delivered

October, 25 2021 09:52 Local time | Service Area: BEIRUT - LEBANON

This shipment is handled by: **DHL Express**
Tracking Code: 7575760065

**Service Area: WASHINGTON - RONALD REAGAN NATIONAL, DC - USA → Service Area: BEIRUT - LEBANON**

## More Shipment Details

| | |
|---|---|
| Delivery Date / Time | October, 25 2021, 09:52 Local time |
| To protect your privacy, more delivery details are available after validation | **Electronic Proof of Delivery** |
| 1 Piece ID | JD014600009098988207 |

Close

## All Shipment Updates

**Monday**
**October, 25 2021**

**09:52 Local time | Delivered**
Service Area: BEIRUT - LEBANON
1 Piece ID

**Monday**
**October, 25 2021**

**08:20 Local time | Shipment is out with courier for delivery**
BEIRUT - LEBANON
1 Piece ID

**Saturday**
**October, 23 2021**

**08:49 Local time | Shipment is scheduled for delivery**
BEIRUT - LEBANON
1 Piece ID

Friday
## October, 22 2021

**21:08 Local time | Arrived at DHL Delivery Facility BEIRUT - LEBANON**
BEIRUT - LEBANON
1 Piece ID

**19:38 Local time | Arrived at DHL Sort Facility BEIRUT - LEBANON**
BEIRUT - LEBANON
1 Piece ID

**15:43 Local time | Shipment has departed from a DHL facility BAHRAIN - BAHRAIN**
BAHRAIN - BAHRAIN
1 Piece ID

**04:05 Local time | Processed at BAHRAIN - BAHRAIN**
BAHRAIN - BAHRAIN
1 Piece ID

**01:41 Local time | Arrived at DHL Sort Facility BAHRAIN - BAHRAIN**
BAHRAIN - BAHRAIN
1 Piece ID

Thursday
## October, 21 2021

**05:30 Local time | Shipment has departed from a DHL facility CINCINNATI HUB - USA**
CINCINNATI HUB, OH - USA
1 Piece ID

**00:25 Local time | Processed at CINCINNATI HUB - USA**
CINCINNATI HUB, OH - USA
1 Piece ID

Wednesday
## October, 20 2021

**23:08 Local time | Arrived at DHL Sort Facility CINCINNATI HUB - USA**
CINCINNATI HUB, OH - USA
1 Piece ID

**11:12 Local time | Shipment has departed from a DHL facility NEW YORK CITY GATEWAY - USA**
NEW YORK CITY GATEWAY, NY - USA
1 Piece ID

**09:41 Local time | Processed at NEW YORK CITY GATEWAY - USA**
NEW YORK CITY GATEWAY, NY - USA
1 Piece ID

Tuesday

10/26/21, 1:11 PM Case 1:20-cv-02599-EGS Document 41-2 Filed 10/26/21 Page 4 of 4 Track & Trace Express | DHL | United States of America

## October, 19 2021

**23:30 Local time | Shipment is on hold**
NEW YORK CITY GATEWAY, NY - USA
1 Piece ID

**09:00 Local time | Shipment is on hold**
CINCINNATI HUB, OH - USA
1 Piece ID

**04:04 Local time | Processed at NEW YORK CITY GATEWAY - USA**
NEW YORK CITY GATEWAY, NY - USA
1 Piece ID

**00:41 Local time | Arrived at DHL Sort Facility CINCINNATI HUB - USA**
CINCINNATI HUB, OH - USA
1 Piece ID

Monday
## October, 18 2021

**23:23 Local time | Processed at BALTIMORE AIRPORT - USA**
BALTIMORE AIRPORT, MD - USA
1 Piece ID

**22:15 Local time | Shipment has departed from a DHL facility WASHINGTON - RONALD REAGAN NATION**
WASHINGTON - RONALD REAGAN NATIONAL, DC - USA
1 Piece ID

**20:21 Local time | Processed at WASHINGTON - RONALD REAGAN NATIONAL - USA**
WASHINGTON - RONALD REAGAN NATIONAL, DC - USA
1 Piece ID

**13:21 Local time | Shipment picked up**
WASHINGTON - RONALD REAGAN NATIONAL, DC - USA
1 Piece ID

Close

https://www.dhl.com/us-en/home/tracking/tracking-express.html?submit=1&tracking-id=7575760065 3/3