# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

---

PIERRE FATTOUCH, MOUSSA FATTOUCH,
UNITED LEBANESE QUARRIES AND CRUSHERS
COMPANY S.A.L.

    Plaintiffs,

v.

THE REPUBLIC OF LEBANON,
Its Ministries, Agencies, and Instrumentalities
c/o Ministry of Justice

HER EXCELLENCY MARIE-CLAUD NAJIM,
Minister of Justice

    Defendant State.

Case No.: 1:20-CV-02599-EGS

---

## [PROPOSED] ORDER

Upon Consideration of the Republic of Lebanon (the "Republic") and Her Excellency Marie-Claude Najm, Minister of Justice (the "Minister")'s Second Supplemental Memorandum of Law in Support of Their Motions to Dismiss the Amended Complaint filed by the *Fattouch* plaintiffs dated March 15, 2021 or Alternatively to Quash Attempted Service; all responses and replies thereto; and all of the prior pleadings and proceedings in this matter, it is hereby

**ORDERED** that the Republic and the Minister's Motions to Dismiss the above-captioned action or alternatively to quash attempted service and to deny all of plaintiffs' requested relief are **GRANTED.**

DATE:                                                  _____
                                                            EMMET G. SULLIVAN
                                                            United States District Judge

**List of Persons to be Notified**

**Plaintiffs**

| | |
|---|---|
| Pierre Fattouch | Jason Ian Poblete |
| Moussa Fattouch | POBLETE TAMARGO LLP |
| United Lebanese Quarries and Crushers Company S.A.L. | 510 King Street, Suite 350 |
| | Alexandria, VA 22314 |
| | (703) 556-3037 |
| | |
| | Jeremy Ibrahim |
| | P.O. Box. 1025 |
| | Chadds Ford, PA 19317 |
| | (215) 568-1943 |

**Defendants**

| | |
|---|---|
| Republic of Lebanon | Carmine D. Boccuzzi, Jr. |
| Her Excellency Marie-Claude Najm | Rathna J. Ramamurthi |
| | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| | One Liberty Plaza |
| | New York, New York 10006 |
| | (212) 225-2508 |