IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PIERRE FATTOUCH | : |
| | : |
| MOUSSA FATTOUCH | : |
| | : |
| UNITED LEBANESE QUARRIES AND | : |
| CRUSHERS COMPANY S.A.L. | : |
|                       *Plaintiffs* | :   Case No.: 1:20-CV-02599-EGS |
| *v.* | : |
| THE REPUBLIC OF LEBANON, | : |
| Its Ministries, Agencies, and Instrumentalities | : |
| c/o Ministry of Justice | : |
| | : |
| HER EXCELLENCY MARIE-CLAUD NAJIM | : |
| Minister of Justice | : |
|                       *Defendant State*. | : |

**PLAINITFFS RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS
AMENDED COMPLAINT AS TO ALL DEFENDANTS
AND FOR ADDITIONAL RELIEF**

      **COMES NOW.** Plaintiffs, Pierre Fattouch, Moussa Fattouch, and United Lebanese Quarries and Crushers Company, S.A.L. ("plaintiffs") and respectfully moves this Court to deny the Second Supplemental Motion to Dismiss or Alternatively to Quash Attempted Service and relief requested by the defendants. In support of their motion, Plaintiffs states as follows:

      1. Plaintiffs filed an amended Complaint on March 15, 2021. The amended Complaint addressed the concerns and issues that the defendant The Republic of Lebanon alleged were a basis for dismissal of the initial Complaint. In sum, the plaintiffs discuss facts that support both the waiver of sovereign immunity by the defendants), and the basis for both the inclusion of Minister of Justice, Marie-Claud Najim in the Amended Complaint, and the assertion by the plaintiffs that service of process was done as agreed by the parties.

      2. Plaintiff's incorporate herein the prior responses to the defendants' motions to dismiss.

3. Defendants jointly seek dismissal of the amended Complaint on the following grounds in their Second Supplemental Motion to Dismiss or Alternatively to Quash Attempted Service:

    A. This Court lacks personal jurisdiction over the defendants because service has not been made in compliance with the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. § 1608(a)(3), with respect to the defendant Republic of Lebanon, and Federal Rule of Civil Procedure 4, with respect to the Minister of Justice. Note, defendant Marie-Claud Najim is sued as a foreign state as defined in 28 U.S.C. 1603(b)(1).

    B. Incorporation by reference of other grounds presented in prior defense motions to dismiss. (Accordingly, those grounds will not be addressed here as plaintiffs have responded to those claims in earlier responsive filings).

4. Regarding the issue of service of process, plaintiffs submit that service of the initial Complaint and summons was effective. Upon filing the Amended Complaint, plaintiffs inquired of counsel for the defendants whether, in accordance with Federal Rule of Civil Procedure 4(d), whether defense counsel would accept service on behalf of their clients. Defense counsel declined and advised that they were not authorized to accept service of the Amended Complaint by the defendants. Plaintiffs have engaged the service of process specified in 28 U.S.C. 1608 and completed service in accordance with the requirements of 28 U.S.C. 1608(a)(3) and (b)(3)(B). Defendants now make the factual dispute that the service did not include required documents, specifically the Notice of Suit and a copy of the FISA. This is inaccurate. All required documents were provided to the Clerk of Court for inspection prior to the Clerk sealing the packages and delivering directly to DHL for shipment.

5. The attached Memorandum of Law is incorporated herein by reference.

**WHEREFORE,** for the reasons set forth above, the plaintiffs respectfully request that the Court deny the defendant's *Second Supplemental Motion to Dismiss or in the Alternative to Quash Attempted Service* for the reasons requested therein.

Respectfully submitted,

DATE: November 16, 2021

/s/
Jeremy H. Gonzalez Ibrahim
Poblete Tamargo, LLP
510 King Street
Suite 340
Alexandria, VA 20036
703−566−3037

/s/
Jason Poblete
Poblete Tamargo, LLP
510 King Street, Suite 340
Alexandria, VA 20036
703−566−3037

/s/
Mauricio Tamargo
Poblete Tamargo, LLP
510 King Street, Suite 340
Alexandria, VA 20036
703−566−3037

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached filing and memorandum of law was served upon the below listed individual(s) via ECF.

Carmine D. Boccuzzi, Jr cboccuzzi@cgsh.com

Rathna Ramamurthi rramamurthi@cgsh.com

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/_____ |
| DATE: November 16, 2021 | Jeremy H. Gonzalez Ibrahim |
|  | Poblete Tamargo, LLP |
|  | 510 King Street Suite 340 |
|  | Alexandria, VA 20036 |
|  | 703−566−3037 |
|  |  |
|  | /s/_____ |
|  | Jason Poblete |
|  | Poblete Tamargo, LLP |
|  | 510 King Street Suite 340 |
|  | Alexandria, VA 20036 |
|  | 703−566−3037 |
|  |  |
|  | /s/_____ |
|  | Mauricio Tamargo |
|  | Poblete Tamargo, LLP |
|  | 510 King Street Suite 340 |
|  | Alexandria, VA 20036 |
|  | 703−566−3037 |