# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

---

PIERRE FATTOUCH, MOUSSA FATTOUCH, :
UNITED LEBANESE QUARRIES AND CRUSHERS :
COMPANY S.A.L. :
    Plaintiffs, :
     :
    v. : Case No.: 1:20-CV-02599-EGS
THE REPUBLIC OF LEBANON, :
Its Ministries, Agencies, and Instrumentalities :
c/o Ministry of Justice :
     :
HER EXCELLENCY MARIE-CLAUD NAJIM, :
Minister of Justice :
     :
    Defendant State. :

---

## NOTICE OF CHANGE OF ATTORNEY ADDRESS

PLEASE TAKE NOTICE that effective January 14, 2022, the address of Rathna J. Ramamurthi, counsel for the Republic of Lebanon (the "Republic") and Her Excellency Marie-Claude Najm, Minister of Justice (the "Minister") in the above-captioned matter, is as follows:

Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW, Suite 1000, Washington, DC 20037

The email address remains the same. The phone number and facsimile are as follows:

Phone number: (202) 974-1500    Facsimile: (202) 974-1999

Accordingly, Rathna Ramamurthi, who has appeared on the court's docket, has updated relevant contact information in the court's CM/ECF system.

Dated: January 14, 2022
    Arlington, Virginia

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____

Rathna J. Ramamurthi (D.C. Cir. NY0337)
rramamurthi@cgsh.com
2112 Pennsylvania Avenue, NW, Suite 1000
Washington, DC 20037
Tel. (202) 974-1500 Fax (202) 974-1999

*Attorneys for the Republic of Lebanon and H.E. Marie-Claude Najm, former Minister of Justice*