**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

PIERRE FATTOUCH, MOUSSA FATTOUCH
UNITED LEBANESE QUARRIES AND CRUSHERS
COMPANY S.A.L.

    Plaintiffs,

v.

THE REPUBLIC OF LEBANON,
Its Ministries, Agencies, and Instrumentalities
c/o Ministry of Justice

HER EXCELLENCY MARIE-CLAUD NAJIM
Minister of Justice

    Defendant State.

Case No.: 1:20-CV-02599-EGS

---

**DECLARATION OF RATHNA J. RAMAMURTHI IN SUPPORT OF THE REPUBLIC OF LEBANON'S AND HER EXCELLENCY MARIE CLAUDE NAJM'S COMPREHENSIVE MOTIONS TO DISMISS PLAINTIFFS' AMENDED COMPLAINT OR ALTERNATIVELY TO QUASH ATTEMPTED SERVICE**

Pursuant to 28 U.S.C. § 1746, Rathna J. Ramamurthi declares as follows:

1. I am an attorney admitted to practice before this Court and an associate at Cleary Gottlieb Steen & Hamilton LLP, counsel for the Republic of Lebanon (the "Republic") and Her Excellency Marie-Claude Najm, former Minister of Justice ("Ms. Najm") in the above-captioned matter. I submit this declaration on behalf of the Republic and Ms. Najm in support of their comprehensive motions to dismiss Plaintiffs' Amended Complaint.

2. Attached to this declaration as Exhibits A-B are true and correct copies of:

**Ex.    Document**

A    Article 762 of the Lebanese Civil Procedure Code, with a certified English translation

B    Article 399 of the Lebanese Civil Procedure Code, with a certified English translation

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 9, 2022 in Arlington, Virginia.

*[signature]*
RATHNA J. RAMAMURTHI