# Exhibit A

New Article 762: The contracting parties may include in the commercial or civil contracts concluded between them a clause stipulating that all reconcilable disputes that arise from the validity, interpretation or implementation of this contract be resolved through arbitration. The state may resort to arbitration for subjects of common law, whatever the nature of the contract in dispute. As of the date of implementation that this amending law, the arbitration clause or the arbitration agreement shall not be effective in administrative contracts, except after it is approved by decree of the Council of Ministers based on a proposal of the Special Minister for the State or guardianship authority for legal persons from common law.

STATE OF NEW YORK                )
                                 :ss.:
COUNTY OF SUFFOLK (Signatory))
COUNTY OF NEW YORK (Notary) )

(Oath administered through remote means, pursuant to New York State Executive Order 202.7, as extended by New York State Executive Order 202.101)

GABRIELLE SCHWARTZ, being duly sworn, says:

1. I have reviewed the attached translation of Article 762 of the Lebanese Civil Procedure Code.

2. I am qualified to translate documents from Arabic to English because I have studied Arabic for several years and have received a Minor in Arabic Language from Tulane University in 2019.

3. I certify that this translation is accurate.

*Gabrielle Schwartz* (signature)

Sworn to before me on this 19 day of April, 2021

*Daniel Factor* (signature)
Notary Public

Daniel H. Factor
Notary Public, State of New York
No. 01FA6396638
Qualified in Westchester County
Character Card on File in New York County
Commission Expires on August 26, 2023

مادة 762 جديدة: يجوز للمتعاقدين أن يدرجوا في العقد التجاري أو المدني المبرم بينهم بندا ينص على أن تحل بطريق التحكيم جميع المنازعات القابلة للصلح التي تنشأ عن صحة هذا العقد أو تفسيره أو تنفيذه. يجوز للدولة لأشخاص القانون العام أيا كانت طبيعة العقد موضوع النزاع اللجوء إلى التحكيم. اعتبارا من تاريخ العمل بهذا القانون التعديلي, لا يكون البند التحكيمي أو إتفاق التحكيم نافذا في العقود الإدارية إلا بعد إجازته بمرسوم يتخذ في مجلس الوزراء بناء لاقتراح الوزير المختص بالنسبة للدولة او سلطة الوصاية بالنسبة للأشخاص المعنويين من القانون العام.