# Exhibit B

**Article 399 – amended**

The papers to be served shall be delivered to the person himself at his location, place of residence, place of work or anywhere he is present. They may be delivered at the site chosen in the conditions stipulated in the law if the process server does not know the person to whom the delivery is to be made, in which case the process server may deliver the papers at the site or residence of the person to be served to an individual who declares himself or herself to be the person to whom the delivery is intended. As for somewhere other than the site or place of residence, he may not deliver the papers to the person to be served until after having examined official papers which prove the person's identity. The process server must make reference in the notification report to the statement made by the person to whom the papers were served, or to the manner in which the identity of the aforementioned person was proven, as well as the number of the identification document.

In the event that the person to be served, or the person with whom a chosen domicile is kept, refuses to receive the papers, the process server shall leave them for him, and the service will be deemed to have been legally effected even if the person to whom the papers were delivered refused to sign the notification report.



# CERTIFICATE OF ACCURACY

I, **Nancy Roberts**, with U.S. Legal Support, Inc., declare that I have provided translation services executed on this 11th day of September 2021.

Furthermore, I declare that I am a certified *Arabic-English* translator, and that I am competent to translate between those two languages.

I hereby certify that I have translated the attached documents to the best of my knowledge and ability, and believe this translation to be a true, accurate, and complete rendition of the original provided to me.

File name:

*Article 399 of the Lebanese Civil Procedure Code*

Sincerely,

*[signature]*

Nancy Roberts                                                                Date  09/11/2021

تسلم الاوراق المطلوب تبليغها الى الشخص نفسه في مقامه او مسكنه او محل عمله او في اي مكان آخر يوجد فيه. ويجوز تسليمها في المقام المختار في الاحوال المعينة في القانون. اذا كان المباشر لا يعرف الشخص المطلوب تبليغه فيسلم الاوراق في مقام هذا الاخير او مسكنه الى من يصرح بأنه هو المقصود بالتبليغ اما خارج المقام او المسكن فلا يسلم الاوراق الى المراد تبليغه الا بعد الاطلاع منه على اوراق رسمية تثبت هويته. وعلى المباشر ان يشير في محضر التبليغ الى تصريح المبلغ اليه او الى طريقة اثبات هويته المتقدم ذكرها مع ادارج رقم وثيقة الهوية.

وفي حال امتناع المطلوب ابلاغه او الشخص المتخذ لديه محل اقامة مختار عن تسلم الاوراق يتركها المباشر له. ويعتبر التبلغ عندئذ حاصلا على وجه قانوني, ولو رفض توقيع المحضر.